# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160520(62)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CITY OF STERLING HEIGHTS,
      Plaintiff-Appellee,

v

SC: 160520
COA: 348800
Macomb CC: 2017-000052-AS

MACOMB INTERCEPTOR DRAIN DRAINAGE
DISTRICT, COUNTY OF MACOMB, MACOMB
COUNTY WASTEWATER DISPOSAL
DISTRICT, CANDICE S. MILLER, BRIAN
SANTO, ROB MIJAC, ANTHONY
MARROCCO, and WILLIAM MISTEROVICH,
LC No. 2017-000052-AS
      Defendants-Appellants.
_____/

On order of the Chief Justice, the stipulated motion of the parties to extend the time for defendants-appellants to file their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before January 14, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2019



Clerk